1  Chad A. David (SBN 327293)
   LAW OFFICES OF JON JACOBS
2  1 Ridgegate Drive, Suite 245
   Temeculca, CA 92590
3  Telephone: (916) 663-6400
   Facsimile: (916) 663-6500
4  rene@lemonbuyback.com

5  Attorneys for Plaintiffs
   MIKE and BREANNA FIRL
6
7  Soheyl Tahsildoost (Bar No. 271294)
   THETA LAW FIRM, LLP
   15901 Hawthorne Blvd., Ste. 270
8  Lawndale, CA 90260
   Telephone: (424) 297-3103
9  Facsimile: (424) 286-2244
   eservice@thetafirm.com

**GRANTED**
*Judge Edward J. Davila*
3/18/2021

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FIRL, an individual; and BREANNA FIRL, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, a corporation; and DOES ONE through TWENTY,<br><br>    Defendants. | CASE NO.: 5:19-cv-03889-EJD<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

    Plaintiffs MIKE FIRL and BREANNA FIRL, and Defendant HYUNDAI MOTOR AMERICA (collectively, the "Parties") hereby file this Joint Motion to Dismiss with Prejudice, and request that the Court dismiss Plaintiffs' Complaint against Defendant with prejudice. In support of this motion, the Parties state that they have entered into a voluntary settlement agreement that fully and finally resolves all claims that were asserted in the case; and therefore, the matters in dispute between the Parties has been resolved.

///

///

**WHEREFORE**, the Parties request that the Court enter an order dismissing the entire case with prejudice.

Dated: March 15, 2021                              LAW OFFICES OF JON JACOBS

/s/ *Chad A. David*
Chad A. David
Attorneys for Plaintiffs
MIKE FIRL and BREANNA FIRL

Dated: March 17, 2021                              THETA LAW FIRM, LLP

/s/*Soheyl Tahsildoost*
Soheyl Tahsildoost
Attorneys for Defendant
HYUNDAI MOTOR AMERICA